UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| In Re: Adrian Buckley<br>Nicole Buckley | Case No.: 15-27622<br>Judge: Beth E. Hanan<br>Chapter: Chapter 13 |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtors, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection.  File your written request at:

Clerk, U.S. Bankruptcy Court<br>
517 E. Wisconsin Ave., Rm. 126<br>
Milwaukee, WI  53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Felicia Marie Petroff
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 664274
Notice and Request to Modify Chapter 13 Plan

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Adrian Buckley |
| Felicia Marie Petroff | Nicole Buckley |
| 2505 N. Mayfair Rd. #101 | 4836 N. 66th St. |
| Wauwatosa, WI 53226 | Milwaukee, WI 53218 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors, through their Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation

    B. \_\_\_X\_\_\_ pre-confirmation (Select i. or ii.);

    i. \_\_\_\_\_ Debtor/Debtor's attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. \_\_X\_\_ Debtors/Debtors' attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponents wish to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to make the Plan feasible.

5. Select A. or B.

    A. _____ The confirmed Chapter 13 Plan is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan is modified as follows: Allowed general unsecured claims shall receive a pro rata share of not less than $16,313.

    C. All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponents request that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Wednesday, December 09, 2015.

> By: */s/ Felicia Marie Petroff*
> Felicia Marie Petroff
> Attorney for Debtor
> Bar #: 1066358

Felicia Marie Petroff
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 664274
Notice and Request to Modify Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
|  | Case No.: 15-27622 |
|  | Judge: Beth E. Hanan |
|  | Chapter: Chapter 13 |

**In Re: Adrian Buckley**
         **Nicole Buckley**

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, December 09, 2015:

Adrian Buckley                                    See Attached List
Nicole Buckley
4836 N. 66th St.
Milwaukee, WI 53218


Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, December 09, 2015:

| United States Trustee | Mary B. Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |


Dated this Wednesday, December 09, 2015.

                                        By:   _/s/ Felicia Marie Petroff_____
                                              Felicia Marie Petroff
                                              Attorney of the Debtor
                                              Bar #: 1066358


Felicia Marie Petroff
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com


Rec. No: 664274
Notice and Request to Modify Chapter 13 Plan

```
Label Matrix for local noticing          The Bank of New York Mellon Trust Company, N    Wisconsin Department Of Revenue
0757-2                                   Gray & Associates, LLP                          P.O. Box 8901
Case 15-27622-beh                        16345 W. Glendale Drive                         Madison, WI 53708-8901
Eastern District of Wisconsin            New Berlin, WI 53151-2841
Milwaukee
Wed Dec  9 10:07:16 CST 2015

Alliance Collection AG                   AmeriCash Loans of Wisconsin, L.L.C.            (p)AMERICOLLECT INC
Attn: Bankruptcy Dept.                   P.O. Box 184                                    PO BOX 2080
3916 S Business Park Ave                 Des Plaines, IL 60016-0003                      MANITOWOC WI 54221-2080
Marshfield,WI 54449-9029


Anytime Fitness                          Arthur Heitzer                                  Aurora Advanced Healthcare
Bankruptcy Notice                        Notice                                          Bankruptcy Dept
6900 W Brown Deer Rd                     633 W. Wisconsin Ave. Suite                     PO Box 091700
Brown Deer,WI 53223-2106                 Milwaukee,WI 53203-1918                         Milwaukee,WI 53209-8700


Brandon S. Lefkowitz                     Capital ONE BANK USA N                          Children's Hospital of Wiscons
24100 Southfield Road                    Attn: Bankruptcy Dept.                          Bankruptcy Dept.
Suite 203                                15000 Capital One Dr                            9000 W. Wisconsin Ave.
Southfield, MI 48075                     Richmond,VA 23238-1119                          Milwaukee,WI 53226-4874
Southfield, MI 48075-2851


Convergent HC Recoveri                   Credit Acceptance                               Equifax
Attn: Bankruptcy Dept.                   Bankruptcy Dept.                                Attn: Bankruptcy Dept.
121 Ne Jefferson St Ste                  4590 East Broad Street                          PO Box 740241
Peoria,IL 61602-1256                     Columbus,OH 43213-1301                          Atlanta,GA 30374-0241


Experian                                 Froedtert Hospital                              (p)GUARDIAN CREDIT UNION
Attn: Bankruptcy Dept.                   Bankruptcy Dept.                                11220 W OKLAHOMA AVE
PO Box 2002                              PO Box 9030                                     WEST ALLIS WI 53227-3937
Allen,TX 75013-2002                      Menomonee Falls,WI 53052-9030


IRS Priority Debt                        Law Office of Arthur Heitzer                    MILWAUKEE WATER WORKS
Bankruptcy Dept.                         Attn: Bankruptcy Dept.                          200 E WELLS ST
PO Box 7346                              633 W Wisconsin Ave # 1410                      RM 800
Philadelphia,PA 19101-7346               Milwaukee,WI 53203-1920                         MILWAUKEE WI 53202-3515


Milwaukee Water Works                    Ocwen Loan Servicing                            Office of the U. S. Trustee
Billing Dept.                            Attn: Bankruptcy Dept.                          517 East Wisconsin Ave.
841 N. Broadway                          12650 Ingenuity Dr                              Room 430
Milwaukee,WI 53202-3677                  Orlando,FL 32826-2703                           Milwaukee, WI 53202-4510


Short Term Financial LLC                 Short Term Financial, LLC                       Speedy Loan
Attn: Bankruptcy Dept.                   P.O. Box 184                                    Atten: Bankruptcy
880 Lee St Suite 302                     Des Plaines, IL 60016-0003                      PO Box 26275
Des Plaines,IL 60016-6487                                                                Wauwatosa,WI 53226-0275


State Collection Servi                   The Bank of New York Mellon Trust Co.,NA        Tmobile
Attn: Bankruptcy Dept.                   c/o Ocwen Loan Servicing, LLC                   C/O Enhanced Recovery CO L
2509 S Stoughton Rd                      Attn: Bankruptcy Dept                           8014 Bayberry Rd
Madison,WI 53716-3314                    PO Box 24605                                    Jacksonville,FL 32256-7412
                                         West Palm Beach, FL 33416-4605
```

```
Transunion                          U S DEPT OF ED/GSL/ATL              We Energies
Attn: Bankruptcy Dept.              Attn: Bankruptcy Dept.              Attn Bankruptcy Dept. RM A130
PO Box 1000                         Po Box 4222                         333 W Everett St
Chester,PA 19016-1000               Iowa City,IA 52244                  Milwaukee WI 53290-0002


Wheaton Franciscan Healthcare       Wheaton Franciscan Med. Group       Wisconsin Acceptance
801 South 60th Street, Suite 150    Bankruptcy Department               Bankruptcy Dept.
West Allis, WI 53214-3365           PO Box 68-9711                      7676 N 76th St.
                                    Milwaukee,WI 53268-0001             Milwaukee,WI 53223-4018


Wisconsin Department of Revenue     Wisconsin Electric POW              Adrian Buckley Sr.
Attn: Special Procedures, MS 4-SPU  Attn: Bankruptcy Dept.              4836 N. 66th St.
PO BOX 8901                         231 W Michigan St # A130            Milwaukee, WI 53218-4032
Madison WI 53708-8901               Milwaukee,WI 53203-2918
```