# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
|  | Case No.: **15-27622** |
|  | Judge: **Beth E. Hanan** |
|  | Chapter: **Chapter 13** |

**In Re: Adrian Buckley, Sr.**
**Nicole Buckley**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtors, through Geraci Law, LLC, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1. Clerk, U.S. Bankruptcy Court
   517 East Wisconsin Avenue, Room 126
   Milwaukee, WI 53202-4581

and provide copies to

| | |
|---|---|
| United States Trustee | Scott Lieske |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI  53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Adrian Buckley |
| Alexander E. George | Nicole Buckley |
| 2505 N. Mayfair Rd. #101 | 4836 N. 66th St. |
| Wauwatosa, WI 53226 | Milwaukee, WI 53218 |

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors.
2. This is a request to modify a Chapter 13 Plan:

    a. __x_ post-confirmation
    b. ____ pre-confirmation
        i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
        ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
        See Attached

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

Account for the application for compensation on file.

4. The reason(s) for the modification is/are:

See above.

5. Select A or B:

    A. __x__ The confirmed Chapter 13 Plan is modified as follows:

Allowed general unsecured claims shall receive a pro rata share of not less than $14,499.

    B. _____ The unconfirmed Chapter 13 Plan is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND**

**ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

    _____            _____
    Debtor                             Date


    _____            _____
    Debtor                             Date

OR

2. I, Alexander E. George, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Tuesday, May 23, 2017.

By: <i>/s/ Alexander E. George</i><br>
Alexander E. George<br>
Attorney for Debtor<br>
Bar #: 1091339

Alexander E. George
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 809-2983
Fax: (877) 247-1960
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

Case No.: **15-27622**
Judge: **Beth E. Hanan**
Chapter: **Chapter 13**

In Re: Adrian Buckley, Sr.
Nicole Buckley

# CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Tuesday, May 23, 2017:

Adrian Buckley, Sr.                **SEE ATTACHED LIST**
Nicole Buckley
4836 N. 66th St.
Milwaukee, WI 53218

Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, May 23, 2017:

| | |
|---|---|
| United States Trustee | Scott Lieske |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Tuesday, May 23, 2017.

By: _/s/ Alexander E. George_
Alexander E. George
Attorney of the Debtor
Bar #: 1091339

Alexander E. George
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 809-2983
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 15-27622-beh<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue May 23 17:23:46 CDT 2017 | The Bank of New York Mellon Trust Company, N<br>Gray & Associates, LLP<br>16345 W. Glendale Drive<br>New Berlin, WI 53151-2841 | Wisconsin Department Of Revenue<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Alliance Collection AG<br>Attn: Bankruptcy Dept.<br>3916 S Business Park Ave<br>Marshfield,WI 54449-9029 | AmeriCash Loans of Wisconsin, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Anytime Fitness<br>Bankruptcy Notice<br>6900 W Brown Deer Rd<br>Brown Deer,WI 53223-2106 | Arthur Heitzer<br>Notice<br>633 W. Wisconsin Ave. Suite<br>Milwaukee,WI 53203-1918 | Aurora Advanced Healthcare<br>Bankruptcy Dept<br>PO Box 091700<br>Milwaukee,WI 53209-8700 |
| Brandon S. Lefkowitz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075<br>Southfield, MI 48075-2851 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Children's Hospital of Wiscons<br>Bankruptcy Dept.<br>9000 W. Wisconsin Ave.<br>Milwaukee,WI 53226-4874 |
| Convergent HC Recoveri<br>Attn: Bankruptcy Dept.<br>121 Ne Jefferson St Ste<br>Peoria,IL 61602-1256 | Credit Acceptance<br>Bankruptcy Dept.<br>4590 East Broad Street<br>Columbus,OH 43213-1301 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 | Froedtert Hospital<br>Bankruptcy Dept.<br>PO Box 9030<br>Menomonee Falls,WI 53052-9030 | (p)GUARDIAN CREDIT UNION<br>11220 W OKLAHOMA AVE<br>WEST ALLIS WI 53227-3937 |
| IRS Priority Debt<br>Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia,PA 19101-7346 | Law Office of Arthur Heitzer<br>Attn: Bankruptcy Dept.<br>633 W Wisconsin Ave # 1410<br>Milwaukee,WI 53203-1920 | MILWAUKEE WATER WORKS<br>200 E WELLS ST<br>RM 800<br>MILWAUKEE WI 53202-3515 |
| Milwaukee Water Works<br>Billing Dept.<br>841 N. Broadway<br>Milwaukee,WI 53202-3677 | Ocwen Loan Servicing<br>Attn: Bankruptcy Dept.<br>12650 Ingenuity Dr<br>Orlando,FL 32826-2703 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| Short Term Financial LLC<br>Attn: Bankruptcy Dept.<br>880 Lee St Suite 302<br>Des Plaines,IL 60016-6487 | Short Term Financial, LLC<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 | (p)SPEEDY LOAN CORP<br>115 N 4TH ST<br>WATERTOWN WI 53094-3860 |
| State Collection Servi<br>Attn: Bankruptcy Dept.<br>2509 S Stoughton Rd<br>Madison,WI 53716-3314 | The Bank of New York Mellon Trust Co.,NA<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Tmobile<br>C/O Enhanced Recovery CO L<br>8014 Bayberry Rd<br>Jacksonville,FL 32256-7412 |

| | | |
|---|---|---|
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | U S DEPT OF ED/GSL/ATL<br>Attn: Bankruptcy Dept.<br>Po Box 4222<br>Iowa City,IA 52244 | US Department of Education<br>P.O. Box 16448<br>St. Paul, MN 55116-0448 |
| We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53203-2803 | Wheaton Franciscan Healthcare<br>801 South 60th Street, Suite 150<br>West Allis, WI 53214-3365 | Wheaton Franciscan Med. Group<br>Bankruptcy Department<br>PO Box 68-9711<br>Milwaukee,WI 53268 |
| Wisconsin Acceptance<br>Bankruptcy Dept.<br>7676 N 76th St.<br>Milwaukee,WI 53223-4018 | Wisconsin Department of Revenue<br>Attn: Special Procedures, MS 4-SPU<br>PO BOX 8901<br>Madison WI 53708-8901 | Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee,WI 53203-2918 |
| Adrian Buckley Sr.<br>4836 N. 66th St.<br>Milwaukee, WI 53218-4032 | Andrew M. Golanowski<br>Geraci Law, L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Christopher M. Holoyda<br>Geraci Law Office, LLC<br>55 E. Monroe #3400<br>Chicago, IL 60603-5920 |
| Felicia Petroff<br>Geraci Law L.L.C.<br>55 E. Monroe #3400<br>Chicago, IL 60603-5920 | Joseph J. Blaha<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Kathryn Kay MacKenzie<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |
| Nicole Buckley<br>4836 N. 66th St.<br>Milwaukee, WI 53218-4032 | Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect INC<br>Attn: Bankruptcy Dept.<br>1851 S Alverno Rd<br>Manitowoc,WI 54220 | Capital ONE BANK USA N<br>Attn: Bankruptcy Dept.<br>15000 Capital One Dr<br>Richmond,VA 23238 | Guardian Credit Union<br>11220 W Oklahoma Ave<br>West Allis, WI 53227 |
| (d)Guardian Credit Union<br>Attn: Bankruptcy Dept.<br>4219 W National Ave<br>Milwaukee,WI 53215 | Speedy Loan<br>Atten: Bankruptcy<br>PO Box 26275<br>Wauwatosa,WI 53226 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     0<br>Total                   46 |